# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

RECEIVED
11 JUN 27 AM 9:32
U.S. BANKRUPTCY COURT
MINNEAPOLIS, MN

Receipt # CNN
193469
06-27-11

### Unclaimed Dividends/Distribution for Deposit to Registry Fund

**DEBTOR:** Zastavskiy, Peter
Zastavskaya, Yelena

**CHAPTER 7 BANKRUPTCY CASE NO: 07-43118**

Please check one:

__X__ Unclaimed Dividends

_____ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Wilshire Credit Corporation<br>PO Box 8517<br>Portland, OR 97207 | 8 | $69,464.24 | $542.92 |

Date: June 22, 2011

/e/ Terri A. Running
Terri A. Running, Trustee

Letter – Bankruptcy Court –
Unclaimed Dividends/Distribution
Less than $5